# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVEN RAY THOMPSON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FRANK VEECH, et al.,<br><br>　　　　　　Defendants. | Case No. 22-CV-354-JFH |

## OPINION AND ORDER

On December 9, 2022, Plaintiff Steven Ray Thompson, a pro se prisoner who is incarcerated at the Craig County Jail in Vinita, Oklahoma, filed this civil rights complaint pursuant to 42 U.S.C. 1983. Dkt. No. 1. The three defendants are Craig County Jail Administrator Frank Veech, Craig County Jail Sergeant JoJo Thornton, and Sheriff Heath Winfrey. *Id*. Thompson alleges that the defendants have violated his constitutional rights by denying him access to a law library and by opening his legal mail when he was not present. *Id*. at 5.

Plaintiff currently is incarcerated in the Northern District of Oklahoma, and the complaint asserts that the defendants also are located within the territorial jurisdiction of the Northern District.

A civil action may be brought in--

(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; [or]

(2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, . . . .

28 U.S.C. § 1391(b)(1)-(2).

After careful review, the Court finds proper venue does not lie in this district, and the case should be transferred to the Northern District of Oklahoma.

THEREFORE, this action is transferred in the interest of justice to the United States District Court for the Northern District of Oklahoma. *See* 28 U.S.C. § 1406(a).

IT IS SO ORDERED this 12th day of December 2022.

                                                                     JOHN F. HEIL, III
                                                                      UNITED STATES DISTRICT JUDGE